IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ERIN LITTLE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | **CIVIL ACTION** |
| v. | : | |
| | : | **NO. 17-3749** |
| **WIDENER UNIVERSITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

**AND NOW** this _26th_____ day of June, 2019, the Court having been advised that all Parties in the above-captioned matter have reached a settlement agreement, **IT IS HEREBY ORDERED AND DECREED** that this matter is **DISIMISSED WITH PREJUDICE**, without costs, pursuant to the agreement of counsel and Local Rule 41.1(b).[1]

**IT IS FURTHER ORDERED** that the Clerk of the Court shall mark this matter as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
Hon. Petrese B. Tucker, U.S.D.J.

---

[1] Local Rule 41.1(b) states that "[w]henever in any civil action counsel shall notify the Clerk or the judge to whom the action is assigned that the issues between the parties have been settled, the Clerk shall, upon order of the judge to whom the case is assigned, enter an order dismissing the action with prejudice, without costs, pursuant to the agreement of counsel."